IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60669
Conference Calendar
_____


PARCO ROLAND,

                                        Plaintiff-Appellant,


versus


CINDY C. GIBSON,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:96-CV-20LN
- - - - - - - - - -
June 18, 1997

Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Parco Roland appeals the dismissal of his § 1983 complaint

as frivolous pursuant to 28 U.S.C. § 1915.  The district court

did not abuse its discretion in concluding that Roland had

alleged nothing more than negligence, which is not actionable

under § 1983.  See Denton v. Hernandez, 504 U.S. 25, 33 (1992);

Daniels v. Williams, 474 U.S. 327, 333-35 (1986).  Roland's

appeal is without arguable merit and is thus frivolous.  Howard

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  5th Cir. R. 42.2.

We caution Roland that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions Roland is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.